IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | }<br>}<br>} Criminal Action<br>}<br>} Case No. 17-_10171_-01-_EFM_<br>}<br>}<br>}<br>} |
| Plaintiff, | |
| vs. | |
| **VICTOR DAVID GARCIA BEBEK**, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

That on or about February 7, 2017, within the District of Kansas and elsewhere, the defendant,

### VICTOR DAVID GARCIA BEBEK,

knowingly and intentionally procured, contrary to law, naturalized United States citizenship, in that he failed to disclose on his N-400 Application for Naturalization that he had committed various felony crimes while in the United States, including false claim of United States citizenship, 18 U.S.C. § 911; making a material false statement to the United States government, 18 U.S.C. § 1001(a)(1) and (3); voter fraud, 18 U.S.C. § 1015(f); and perjury, 18 U.S.C. § 1621(2); all in violation of Title 18, United States Code, Section 1425(a).

**A TRUE BILL.**

12/5/2017                                                         s/ Foreman
DATE                                                              FOREMAN OF THE GRAND JURY

s/ Thomas E. Beall
THOMAS E. BEALL
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (fax)
thomas.beall@usdoj.gov
Kan. Sup. Ct. No. 19929

(It is requested that trial be held in Wichita, Kansas.)